IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, et al.,**<br><br>　　Plaintiffs,<br><br>　v.<br><br>**JUST BORN II, INC.,**<br>　d/b/a Goldenberg Candy Company,<br><br>　　Defendant. | Civil Action No. 8:16-cv-00793-DKC<br><br>Hon. Deborah K. Chasanow |

## **NOTICE OF APPEAL**

Notice is hereby given that Just Born II, Inc., d/b/a Goldenberg Candy Company, Defendant in the above named case, appeals to the United States Court of Appeals for the Fourth Circuit from the Stipulated Judgment of March 20, 2017 (ECF No. 33), which orders Plaintiffs Bakery and Confectionery Union and Industry International Pension Fund and Trustees of the Bakery and Confectionery Union and Industry International Pension Fund to recover two-hundred fifty-five thousand, two-hundred sixty-four and 16/100 dollars ($255,264.16) from Defendant and expressly reserves Defendant's right to appeal the Order of February 8, 2017 (ECF No. 29) and any other matter on the docket necessary to effectuate review of that Order, as well as the Order of February 8, 2017 itself.

(signature block on next page)

Dated: March 22, 2017                    Respectfully Submitted,

/s/ Elizabeth A. Scully
Elizabeth A. Scully (MD Fed. Bar # 27402)
Mark W. DeLaquil (phv)
Jay P. Krupin (phv)
David B. Rivkin, Jr. (phv)
Baker & Hostetler LLP
1050 Connecticut Ave. N.W.,
   Suite 1100
Washington, DC 20036
Phone: (202) 861-1527
Fax: (202) 861-1783
escully@bakerlaw.com

*Counsel for Defendant Just Born II*

## CERTIFICATE OF SERVICE

I certify that on March 22, 2017, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ Elizabeth A. Scully
Elizabeth A. Scully